IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APOLONIO PEREZ, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:24-cv-1019 (RDA/IDD) |

**<u>ORDER</u>**

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by U.S. Magistrate Judge Ivan D. Davis on September 9, 2025. Dkt. 17. In its Complaint, the Government alleges two counts to reduce to judgment the unpaid federal income tax assessments, penalties, and interest levied against Defendants. Dkt. 1. On May 28, 2025, the Government filed a Motion for Default Judgment. Dkt. 11. On June 26, 2025, *pro se* Defendants Apolonio Perez and Maria Medrano filed an Opposition. Dkt. 15. Magistrate Judge Davis held a hearing on the matter on July 18, 2024, at which Defendants did not appear. Dkts. 11, 16.

In the Recommendation, Magistrate Judge Davis recommends that the Government's Motion for Default Judgment be granted and that (1) default judgment be entered against Defendants, for joint unpaid federal income taxes for the years 2004, 2009, 2010, and 2011, in the amount of $2,521,710.64, plus statutory additions accruing as provided by law from April 15, 2024 until paid, and (2) default judgment be entered against Defendant Apolonio Perez for federal income taxes for the years 2012, 2013, 2014, 2015, and 2017, in the amount of $1,798,763.17, plus statutory additions accruing as provided by law from April 15, 2024 until paid. Dkt. 17 at 11.

Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Magistrate Judge Davis's Recommendation was September 23, 2025. To date, no objections have been filed and the time to do so has now passed. Indeed, since filing their Opposition on June 26, 2025, Defendants have failed to appear or otherwise defend themselves in this action.

After reviewing the record and Magistrate Judge Davis's Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation (Dkt. 17). Accordingly, it is hereby ORDERED that the Government's Motion for Default Judgment (Dkt. 11) is GRANTED; and it is

FURTHER ORDERED that judgment is ENTERED by default in favor of Plaintiff United States and against Defendants Apolonio Perez and Maria A. Medrano on Count I for joint unpaid federal income taxes for the years 2004, 2009, 2010, and 2011, in the amount of $2,521,710.64, plus statutory additions accruing as provided by law from April 15, 2024, until paid; and it is

FURTHER ORDERED that that judgment is ENTERED by default in favor of Plaintiff United States and against Defendant Apolonio Perez on Count II for federal income taxes for the years 2012, 2013, 2014, 2015, and 2017, in the amount of $1,798,763.17, plus statutory additions accruing as provided by law from April 15, 2024, until paid.

To appeal this Court's decision, Defendants must file a written notice of appeal with the Clerk of Court within 60 days of the date of entry of this Order. A notice of appeal is a short statement indicating a desire to appeal, including the date of the order that Defendants want to

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").

2

appeal. Defendants need not explain the grounds for appeal until so directed by the court of appeals. Failure to file a timely notice of appeal waives Defendants' right to appeal this decision.

The Clerk is directed to enter judgment for Plaintiff in this matter against the Defendants pursuant to Federal Rule of Civil Procedure 55 and forward copies of this order to Defendants and counsel of record. The Clerk is further directed to place this matter among the ended causes.

It is SO ORDERED.

Alexandria, Virginia
October **30**, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge